

**FILED**
**Mar 23, 2023**
**12:04 PM(ET)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



## TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT KNOXVILLE

KEITH D. LAMBDIN, )
)
    Employee, )
) **Docket No. 2019-03-0422**
vs. )
) **State File No. 19075-2019**
AQUA-CHEM, INC., )
) **Judge Pamela B. Johnson**
    Employer, )
And
LIBERTY MUTUAL INSURANCE
COMPANY,
    Carrier.

---

## AGREED COMPENSATION HEARING ORDER AUTHORIZING MEDICAL DIAGNOSTIC TREATMENT

---

Upon agreement of the parties, the Employer/Carrier shall authorize the medical diagnostic treatment requested by Employee's Authorized Treating Physician, specifically the CT scan and MRI scan.

The parties further agree that the Employer/Carrier shall pay the Employee's attorney fees in the amount of $1,250.00 and expert fees of $750.00 for a total of $2,000.00.

It is further agreed that any and all claims of the Employee against the Employer/Carrier regarding medical diagnostic testing are hereby dismissed with full and final prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that any and all claims of the Employee against the Employer/Carrier regarding medical diagnostic testing are

hereby dismissed with full and final prejudice. Further, all Court cost are to taxed to the Employer/Carrier.

**IT IS SO ORDERED.**

Entered This 23rd day of March , 2023.

*Pamela B Johnson*

**JUDGE PAMELA B. JOHNSON**
**Court of Workers' Compensation Claims**

**APPROVED FOR ENTRY:**

**LAW OFFICES OF JULIE BHATTACHARYA PEAK**

*Grace Gilliland*

Grace B. Gilliland (#038958)
*Attorney for Employer / Carrier*
Mailing Address: PO Box 7217
London, KY 40742
Physical Address: 101 Creekside Crossing,
Suite 1700, #390
Brentwood, TN 37027-5054
Grace.Gilliland@libertymutual.com Telephone:
(615) 986-7700
Fax: (800) 293-7597

**KHERANI DUNAWAY LAW**

*Ameesh A. Kherani s/by permission GG (#038958)*

Ameesh A. Kherani, Esq.
*Attorney for Employee*
2685 Andersonville Hwy
Suite 2
Clinton, TN 37716
akherani@kheranilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via Electronic Mail and the Court's electronic filing system, to the following individual(s):

Ameesh A. Kherani, Esq.
Counsel for Employee
Kherani Dunaway Law
2620 Mineral Springs Avenue
Suite A
Knoxville, TN 37917
akherani@kheranilaw.com

on this the _15th_ day of March, 2023.

_Grace Gilliland_

Grace B. Gilliland

## CERTIFICATE OF SERVICE

I certify that a copy of this Order was sent as indicated on March 23, 2023

| Name | Mail | Email | Service sent to: |
|------|------|-------|------------------|
| Ameesh A. Kherani, Employee's Attorney | | X | akherani@akheranilaw.com |
| Grace B. Gilliland, Employer's Attorney | | X | Grace.Gilliland@libertymutual.com |

**PENNY SHRUM, COURT CLERK**
**Wc.courtclerk@tn.gov**